IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| HOPKINS DAVID PLEMONS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:19-cv-00055 |
| CORE CIVIC, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 23), which was filed on August 20, 2020. Through the Report and Recommendation, the Magistrate Judge recommends granting a motion for summary judgment (Doc. No. 19) filed by Defendant Brittany Crott. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, the motion for summary judgment (Doc. No. 19) is **GRANTED,** and judgment is entered in favor of Defendant Brittany Crott.

All claims having been dismissed, this Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE